East'n District.
*March,* 1824.

BREEDLOVE &
AL.
*vs.*
YOUNG.

---

### CHALMERS & AL. vs. WHITE & AL.

APPEAL from the court of the first district.

PORTER, J. delivered the opinion of the court. The defendants plead as an exception to this action, a respite granted them by their creditors. The plaintiffs aver that they did not assent to the proceeding, and are not bound by it.

The laws relating to respites, in force in Louisiana before the adoption of the constitution of the United States by the people there, are not repealed by the article of that instrument.

East'n District.
March, 1824.

CHALMERS &
AL.
vs.
WHITE & AL.

which inhibits
states from
passing certain
laws.

We are unable to distinguish this case from that of *Blanque* vs. *Beale's rxecutors*, decided in last July term. The court then came to a conclusion that the ancient laws in force at the time the constitution of the United States was formed, were not repealed by the clause in that instrument, which prohibits states from thereafter passing laws of a similar nature. The subject has been ingeniously argued in the brief submitted by the plaintiffs' counsel, but we see nothing in it to induce a change in the opinion we have already expressed. The question, we understand is now before the supreme court of the United States, and it is unnecessary to agitate it here, until the decision of that tribunal is ascertained.

It is therefore ordered, adjudged and decreed, that the judgment of the district court be annulled, avoided and reversed, and it is further ordered that there be judgment against the plaintiffs, as in case of nonsuit, with costs of both courts.

*M'Caleb* for the plaintiffs, *Workman* for the defendants.